Chris W. Halling (SBN 090245)
challing@hallingsokol.com
William G. Lieb (SBN 114215)
wlieb@hallingsokol.com
**HALLING SOKOL + MEZA LLP**
23586 Calabasas Road, Suite 200
Calabasas, California 91302
Tel: (818) 222-4994
Fax: (818) 222-4995
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN P. TROXLER; and SUSAN J. TROXLER,<br><br>Plaintiffs,<br><br>v.<br><br>COHNREZNICK LLP; REZNICK GROUP, P.C.; WENDY R. LANGLAIS-TILLERY,<br><br>Defendants. | Case No.: CV13-00948SS<br><br>**COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT, BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND PROFESSIONAL NEGLIGENCE**<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs BRYAN P. TROXLER and SUSAN J. TROXLER, hereby allege as follows:

**JURISDICTION AND VENUE**

1.   This Court has original jurisdiction over the claims asserted herein pursuant to 28 U.S.C. § 1332. Jurisdiction is proper because (1) the amount in controversy exceeds $75,000.00 exclusive of costs and interest, and (2) there is complete diversity between the plaintiffs and defendants in the action.

2.   Venue is proper in the District Court of California because a substantial part of the events or omissions giving rise to the claim occurred in this District. Venue is therefore conferred pursuant to 28 U.S.C. 1391 (b) (2).

1

312361.1

## NATURE OF THE ACTION

3. This is an action for damages brought by the plaintiffs against the defendants, and each of for them, for breach of contract and/or breach of a professional duty of due care in the handling of a challenge and audit by the Internal Revenue Service to plaintiffs' 2004 personal tax returns.

## THE PARTIES

4. At all times relevant to this action plaintiffs BRYAN P. TROXLER and SUSAN J. TROXLER ("plaintiffs") have been, and now are, citizens of the State of California residing in the County of Los Angeles, State of California.

5. At all times relevant to this action defendant REZNICK GROUP, P.C. ("REZNICK") was and now is, a corporation organized and existing under the laws of the State of Maryland and is qualified to do business, and is doing business, in the County of Los Angeles, State of California.

6. At all times relevant to this action defendant COHNREZNICK LLP ("COHNREZNICK") was and now is a limited liability partnership organized and existing under the laws of the State of New Jersey and is doing business, in the County of Los Angeles, State of California.

7. At all times relevant to this action defendant WENDY R. LANGLAIS-TILLERY ("LANGLAIS") was and is a citizen of and residing in the County of Fulton, State of Georgia and at all times herein relevant was a certified public accountant, a shareholder in REZNICK, and a partner in COHNREZNICK. Plaintiffs are further informed and believe that at all times relevant hereto LANGLAIS was an officer, director, or managing agent of REZNICK and COHNREZNICK respectively, was authorized by those entities to exercise substantial independent authority and judgment in her decision making on behalf of those entities so that her decisions ultimately determined company policy, and was acting in the scope of her employment with REZNICK when engaging in the acts set forth in this Complaint. Accordingly, the acts and

2

312361.1

omissions of LANGLAIS as alleged below are imputed to REZNICK and COHNREZNICK.

8. Plaintiffs are informed and believe, and based thereon allege, that at all times mentioned herein each defendant was the agent, employee, partner, or joint venturer of each of the remaining defendants, and that in doing the things hereinafter alleged was acting within the course and scope of such agency, employment, partnership, or joint venture and with the permission and consent of the other defendants and/or is responsible in some manner for the damages and disputes alleged in this Complaint.

## FACTUAL BACKGROUND

9. Plaintiffs entered into a written engagement agreement with REZNICK dated December 27, 2007 for REZNICK to provide tax and accounting advice and services, including but not limited to preparation of personal tax returns for plaintiffs. A copy of that engagement agreement is attached hereto, marked as Exhibit "1," and incorporated herein.

10. The engagement agreement was orally amended to include additional services, including but not limited to REZNICK and LANGLAIS representing and defending plaintiffs in California Franchise Tax Board and Internal Revenue Service ("IRS") examinations and challenges to plaintiffs' 2004 personal tax returns. Among other things, a material issue in those challenges was plaintiff's status as a person materially and substantially involved in real estate matters, and applicability of losses from various real estate ventures that were claimed on plaintiffs' 2004 tax returns.

11. REZNICK and LANGLAIS, and others working at LANGLAIS' direction, mishandled the IRS examination and challenge by, among other things, failing to submit timely and proper documentation to the IRS and failing to pursue an internal appeal of the IRS' disallowance of losses claimed by plaintiffs. In particular, from 2010 through late 2011 LANGLAIS and REZNICK advised

3

312361.1

plaintiffs that when a "90-day letter" was received from the IRS, then an appeal through an internal IRS program would be filed. In fact, there is no such thing as a 90-day notice and the deadline to file an internal IRS appeal was missed.

12. If the refund claim had been pursued through the internal IRS appeal process, the refund claim would have been resolved favorably to plaintiffs.

13. The actions of REZNICK and LANGLAIS were not up to applicable professional standards and were a breach of the agreement with plaintiffs.

14. In late February 2012 plaintiffs consulted with a specialist in IRS procedures and were advised, for the first time, that LANGLAIS and REZNICK had negligently handled the examination and challenge by the IRS, that there was no such thing as a 90-day notice, that the time for an internal IRS appeal had passed, and that the refund claim would have been resolved favorably to plaintiffs if it had been pursued through the internal IRS appeal process. At that point plaintiffs' retained a tax attorney to file an action in United States Court of Federal Claims for the refund of taxes due them. That case was filed on August 22, 2012 as Case No. 1:12-cv-00534-LMB.

15. Plaintiffs are informed and believe, and on that basis allege, that in October 2012 REZNICK merged into and combined with accounting firm J.H. Cohn LLP to form COHNREZNICK LLP. After completion of the merger COHNREZNICK took over representation of plaintiffs, including filing of plaintiffs' 2011 tax returns. After the merger plaintiffs continued to receive services from the same personnel they had dealt with at REZNICK, and such personnel represented that they were working for COHNREZNICK.

16. Plaintiffs are informed and believe, and on that basis allege, that COHNREZNICK has succeeded to all obligations and liabilities of REZNICK to plaintiffs, including any and all obligations and liabilities relating to REZNICK's representation of plaintiffs in the examination, challenge and audit of their 2004 personal tax returns.

312361.1

## FIRST CLAIM FOR BREACH OF CONTRACT
### (Against REZNICK and COHNREZNICK)

17. Plaintiffs re-allege and incorporate by reference the allegations of paragraphs 1 through 16 of the Complaint.

18. Plaintiffs have at all times mentioned herein duly performed and satisfied all conditions, covenants and obligations required of them under the engagement agreement, except for the performance of such conditions, covenants and obligations as have been waived or excused.

19. The actions of REZNICK and LANGLAIS and COHNREZNICK in mishandling the IRS examination and challenge, failing to submit timely and proper documentation to the IRS, failing to pursue a timely internal appeal of the IRS's disallowance of plaintiffs' refund claims, and waiting for a "90-day letter" that would never come, were breaches of the engagement agreement.

20. As a direct proximate result of the actions of LANGLAIS and REZNICK in breach of the contract, plaintiffs were damaged by, among other things, failure to receive the refunds due them for the 2004 tax year totaling $906,280. In addition, plaintiffs have been forced to hire and pay attorneys and court costs to file and prosecute the Court of Federal Claims action for the refund of $906,280.

21. REZNICK and COHNREZNICK are also liable to plaintiff for any sums paid by to them for handling of the IRS examination and challenge.

22. Plaintiffs do not now know the exact amount of damages because, among other reasons, some elements of damage are ongoing. The amount of damages is over $1,000,000 and plaintiffs will assert the exact amount at the time of trial or when ascertained, according to proof or with leave of court.

23. Pursuant to the terms of the engagement agreement, the prevailing party in this action is entitled to the award of reasonable attorney's fees and costs. Plaintiffs request that the court award such attorneys' fees and costs as the court

312361.1

may deem just and reasonable. . These attorney's fees and costs are ongoing and plaintiffs will assert the same at the time of trial or when ascertained, according to proof or with leave of court.

## SECOND CLAIM FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING
### (Against REZNICK and COHNREZNICK)

24. Plaintiffs re-allege and incorporate by reference the allegations of paragraphs 1 through 23 of the Complaint.

25. There is an implied covenant of good faith and fair dealing in the agreement between plaintiffs and defendants whereby REZNICK and COHNREZNICK shall not do anything to unfairly interfere with the right of plaintiffs to receive the benefits of the contract, representations, assurances and promises made by defendants to them.

26. The actions of REZNICK and LANGLAIS and COHNREZNICK in mishandling the IRS examination and challenge, failing to submit timely and proper documentation to the IRS, failing to pursue a timely internal appeal of the IRS's disallowance of plaintiffs' refund claims, and waiting for a "90-day letter" that would never come, were breaches of the implied covenant of good faith and fair dealing in the engagement agreement.

27. As a direct proximate result of the acts and omissions of LANGLAIS, REZNICK and COHNREZNICK in breach of the implied covenant of good faith and fair dealing, plaintiffs were damaged by, among other things, failure to receive the refunds due them for the 2004 tax year totaling $906,280 and paying REZNICK and COHNREZNICK for time they incurred in the IRS examination and challenge. In addition, plaintiffs have been forced to hire and pay attorneys and court costs to file and prosecute the Court of Federal Claims action for the refund of $906,280.

28. Plaintiffs do not now know the exact amount of damages because,

6

312361.1

among other reasons, some elements of damage are ongoing. The amount of damages is over $1,000,000 and plaintiffs will assert the exact amount at the time of trial or when ascertained, according to proof or with leave of court.

29. Pursuant to the terms of the engagement agreement, the prevailing party in any dispute shall be entitled to the award of reasonable attorney's fees and costs. Plaintiffs request that the court award such attorneys' fees and costs as the court may deem just and reasonable. . These attorney's fees and costs are ongoing and plaintiffs will assert the same at the time of trial or when ascertained, according to proof or with leave of court.

## THIRD CLAIM FOR PROFESSIONAL NEGLIGENCE
### (Against All Defendants)

30. Plaintiffs re-allege and incorporate by reference the allegations of paragraphs 1 through 29 of the First and Second Causes of Action.

31. LANGLAIS, REZNICK and COHNREZNICK owed plaintiffs a duty to use the utmost care, professional skill and diligence in representing them in the IRS examination and challenge.

32. REZNICK and LANGLAIS and COHNREZNICK were guilty of negligence and breach of their duty by mishandling the IRS challenge and examination, failing to submit timely and proper documentation to the IRS, failing to pursue a timely internal appeal of the IRS's disallowance of plaintiffs' refund claims, and waiting for a "90-day letter" that would never come.

33. As a direct, proximate, and legal result of the negligence of REZNICK and LANGLAIS and COHNREZNICK, plaintiffs have been damaged in an amount equal to the unpaid refund of $906,280, money paid to REZNICK for fees and costs billed in the IRS examination and challenge, attorney's fees and court costs incurred and to be incurred in prosecuting the Court of Federal Claims action, and legal fees and court costs incurred in this action.

34. Plaintiffs do not now know the exact amount of damages because,

7

312361.1

among other reasons, some elements of damage are ongoing. The amount of damages is over $1,000,000 and plaintiffs will assert the exact amount at the time of trial or when ascertained, according to proof or with leave of court.

WHEREFORE, Plaintiffs pray for judgment against defendants, and each of them, as follows:

1. For damages in the amount of at least $1,000,000;
2. For reasonable attorneys' fees incurred in this action;
3. For pre-judgment interest at the legal rate of 10% per annum; and
4. For such other and further relief as the Court deems just and proper.

DATED: February 6, 2013        HALLING SOKOL + MEZA LLP

By: _____
CHRIS W. HALLING
challing@hallingsokol.com
WILLIAM G. LIEB
wlieb@hallingsokol.com
Attorneys for Plaintiffs BRYAN P.
TROZLER and SUSAN J. TROXLER

## DEMAND FOR JURY TRIAL

Plaintiffs BRYAN P. TROXLER and SUSAN J. TROXLER demand a jury trial on all issues.

DATED: February 6, 2013        HALLING SOKOL + MEZA LLP

By: _____
CHRIS W. HALLING
challing@hallingsokol.com
WILLIAM G. LIEB
wlieb@hallingsokol.com
Attorneys for Plaintiffs BRYAN P.
TROZLER and SUSAN J. TROXLER

312361.1

**Reznick Group**

Reznick Group, P.C.
2002 Summit Boulevard
Suite 1000
Atlanta, GA 30319-1470

Tel: (404) 847-9447
Fax: (404) 847-9495
www.reznickgroup.com

December 27, 2007

Bryan P. & Susan J. Troxler
5023 North Parkway Calabasas
Calabasas, CA 91302

Dear Bryan P. & Susan J. Troxler:

Reznick Group, P.C. is pleased to provide Bryan P. & Susan J. Troxler with professional services. This engagement letter embodies the entire agreement regarding the services to be rendered by our firm to you.

We will prepare your 2007 federal return and the same state income tax returns as we prepared for you for 2006 from information that you will furnish us. If you request by so noting at the end of this letter, and we agree to do so, we will undertake to determine if additional state returns are required. Our services will be concluded upon delivery to you of your 2007 tax returns for your review and filing with the appropriate tax authorities.

The initial filing deadline for the tax returns is April 15, 2008. In order to meet this filing deadline, the information needed to complete the return should be received by us no later than March 15, 2008.

If an extension of the time is required, any tax that may be due with this return must be paid with that extension. Any amounts not paid by the filing deadline are subject to interest and late payment penalties when those amounts are actually paid.

However, if there are other tax returns you expect us to prepare, such as additional state income tax, gift tax, or property returns, please inform us by noting so just below your signature at the end of the returned copy of this letter.

This engagement is limited to historical compliance. You will provide information sufficient to prepare tax returns based on what happened in the prior tax reporting period. We also offer tax planning services designed to assist you with taxation issues that may arise in the future. If you would like us to provide you with tax planning services please initial the appropriate box below. We will contact you to discuss the additional services and fees.

EXHIBIT 1

Atlanta ■ Austin ■ Baltimore ■ Bethesda ■ Birmingham ■ Charlotte ■ Chicago ■ Los Angeles ■ Sacramento ■ Tysons Corner

9

**Reznick**
**Group**

Bryan P. & Susan J. Troxler
December 27, 2007
Page 2

You may choose to have us file your return electronically with the Internal Revenue Service Center and/or state taxing authorities. You must review and sign the return before it can be electronically transmitted. We are not responsible for the length of time it takes the IRS to process your return. Our fee for this service is $150.00.

In the normal course of business, we utilize the services of third-parties and individual contractors, which are not employees of our Firm. Those services are performed at various levels and in various aspects of the Firm's engagements including bookkeeping, tax return preparation, consulting, audit and other attest services and clerical and data entry functions. It is possible that during the course of our engagement with you we may utilize such third-party and individual contractor sources. Additionally our engagement will, of necessity, require us to handle confidential information and we expect our third-party service providers and individual contractors to maintain the confidentiality of such information. To be reasonably assured that unauthorized release of confidential client information does not occur, we require those individuals and third-party service providers to enter into a written agreement to maintain the confidentiality of such information. Your acceptance of this arrangement acknowledges and accepts our handling of your confidential client information including access by third-party and individual service providers.

It is your responsibility to provide all the information required for the preparation of complete and accurate returns. We will furnish you with questionnaires and/or worksheets to guide you in gathering the necessary information. Your use of such forms will assist in keeping pertinent information from being overlooked.

You represent that the information you are supplying to us is accurate and complete to the best of your knowledge and that your expenses for meals, entertainment, travel, business gifts, charitable contributions, dues and memberships, and vehicle use are supported by records as required by law. We will not verify the information you give us. However, we may ask you for clarification of some of the information.

You should retain all the documents, canceled checks and other data that form the basis of income and deductions. These may be necessary to prove the accuracy and completeness of the returns to a taxing authority. You have the final responsibility for the income tax returns and, therefore, you should review them carefully before you sign them.

In conjunction with the preparation and quality control processes applied to your tax returns, additional work may be necessary in order to comply with new professional standards which will require all undisclosed tax positions to achieve a "more likely than not" level of success. Such a position must have at least a 50% likelihood of success if challenged by the IRS. Alternatively, the return can still be prepared if there is a reasonable basis (25%) for such a position and the position is adequately disclosed. If necessary, we will alert you of the need for any additional procedures required to prepare your returns under the new higher standard and provide you with an estimate of the related costs to perform that work. If the additional

EXHIBIT 1
10

**Reznick Group**

Bryan P. & Susan J. Troxler
December 27, 2007
Page 3

procedures are not performed we will be required to prepare your returns with proper disclosure to the IRS. If this agreement is terminated by you prior to completion and delivery of all tax return preparation services covered by this agreement, you hereby agree to pay for all fees incurred up to the date of termination.

Our work in connection with the preparation of your income tax returns does not include any procedures designed to discover defalcations or other irregularities, should any exist. We will render such accounting and bookkeeping assistance as determined to be necessary for preparation of the income tax returns.

It is important for you to know that the federal tax law imposes a penalty if a taxpayer makes a substantial understatement of tax liability. For individual taxpayers, a substantial understatement is when the understatement for the year exceeds the greater of 10% of the tax required to be shown on the return or $5,000. The penalty is 20% of the tax underpayment. It may be necessary to make certain disclosures in the return to avoid exposure to penalties. We will discuss tax positions that may increase the risk of exposure to penalties and any recommended tax return disclosures with you before completing the preparation of the returns. You should also know that IRS audit procedures will almost always include questions on bartering transactions and on deductions that require strict documentation such as travel and entertainment expenses and expenses for business usage of autos, computers, and cell phones. In preparing your returns, we rely on your representations that we have been informed of all bartering transactions and that you understand and have complied with the documentation requirements for your expenses and deductions. If you have questions about these issues, please contact us.

Certain communications involving tax advice between you and our firm may be privileged and not subject to disclosure to the IRS. By disclosing the contents of those communications to anyone, or by turning over information about those communications to the government, you may be waiving this privilege. To protect this right to privileged communication, please consult with us or your attorney prior to disclosing any information about our tax advice.

Should we receive any request for the disclosure of privileged information from any third party, including a subpoena or IRS summons, if permitted by law, we will notify you. In the event you direct us not to make the disclosure, you agree to hold us harmless from any expenses incurred in defending the privilege, including, by way of illustration only, our attorney's fees, court costs, outside adviser's costs, or penalties or fines imposed as a result of your asserting the privilege or your direction to us to assert the privilege.

This engagement does not include responding to inquiries by any governmental agency or tax authority. If you receive an inquiry or your return is selected for examination or audit, you may request that we assist you in responding to such inquiry. In that event, we would be pleased

EXHIBIT 1
11

**Reznick Group**

Bryan P. & Susan J. Troxler
December 27, 2007
Page 4

to discuss providing assistance to you under the terms of a separate engagement for that specific purpose.

We only provide tax advice for you to rely upon in writing. Casual discussions of tax issues and informal communication are not tax advice upon which you can rely. You agree that the only advice from us upon which you may rely is written advice received from us on our letterhead or via e-mail.

At the conclusion of this engagement, we will return all original records you supplied to us. Your records are the primary records comprise the backup and support for your financial reports and tax returns. Our records and files are our property and are not a substitute for your own records. Catastrophic events or physical deterioration may result in our firm's records being unavailable.

Our fee for these services will be based upon the complexity of the work to be performed and our professional time to complete the work. Additionally, our fee is dependent on the availability, quality, and completeness of your records. You agree that you will deliver all records requested by our staff to complete this engagement on a timely basis. In the event your records are not submitted timely or are incomplete or unusable, we reserve the right to charge additional fees and expense for services required to correct the problem. If this occurs, we will contact you to discuss the problem and the anticipated delay in completing our engagement prior to rendering further services.

We will bill you for our professional services, expenses, and out-of-pocket costs on a monthly basis. Payment is within 30 days of the date on the billing statement. We reserve the right to suspend our work for you in the event that payment is not received within 30 days of the date on the billing statement. We may also suspend our work if information furnished to us is not satisfactory for us to perform our work on a timely basis. We will notify you if we suspend our work. Suspension of work may result in missed deadlines, penalties/interest along with other consequences and you agree that suspended work shall not entitle you to recover damages from us.

A late payment charge of 1½% per month will be assessed on any balance that remains unpaid after deduction of current payments, credits, and allowances after 30 days from the date of billing. This is an Annual Percentage Rate of 18%.

Bryan P. & Susan J. Troxler, hereby agrees to defend using counsel of the Firm's choosing, indemnifies the Firm, its principals, employees, and authorized agents, and holds them harmless, from any and all suits, claims, actions, proceedings, liabilities, judgments, losses and costs whatsoever, including but not limited to attorneys fees and litigation costs arising in connection with any services performed or products provided by the Firm pursuant to, or under the color of, this Engagement Letter, including but not limited to the audit or other services, initiated or incurred as a result of a knowing misrepresentation by Bryan P. & Susan J. Troxler

EXHIBIT 1
12

**Reznick Group**

Bryan P. & Susan J. Troxler
December 27, 2007
Page 5

relating to such audit or other services. The Firm's liability to Bryan P. & Susan J. Troxler is limited to the amount of total fees paid to the Firm by Bryan P. & Susan J. Troxler for services performed in connection with this engagement with respect to any claim or loss arising from such services incurred or initiated as a result of Bryan P. & Susan J. Troxler's knowing misrepresentation relating to such services. Regardless of the circumstances, and in no event, shall the Firm, its employees, principals and authorized agents be liable to Bryan P. & Susan J. Troxler, or be responsible for, punitive damages in regard to any claim made in connection with this Engagement Letter or services provided under it.

Any controversy or claim arising out of or relating to this engagement shall, prior to the parties resorting to litigation, be submitted to mediation administered by the American Arbitration Association or such other mediator as may be agreed upon by the parties. Upon declaration of an impasse or failure of one party or the other to submit to mediation in good faith the mediator shall declare the mediation closed at which time the parties may proceed to resolve the matter in tribunals located in Montgomery County, Maryland using Maryland law. The prevailing party in any dispute shall be entitled to the award of reasonable attorneys' fees and costs.

This letter constitutes the complete and exclusive statement of agreement between Reznick Group and Bryan P. & Susan J. Troxler, superseding all proposals oral or written and all other communication, with respect to the terms of the engagement between the parties. In the event that any provision of this engagement letter is found to be invalid such finding shall not invalidate the remainder of this engagement letter.

In the event that we are asked or required to provide copies of our work or other information to some other party you agree to pay the Firm its standard hourly and out of pocket charges for time and expenses incurred in complying.

If you agree to authorize this firm to prepare your 2007 personal income tax returns pursuant to the terms set forth above, please execute this letter on the line below designated for your signature, and return the original of this executed letter to this office along with a completed copy of the enclosed tax organizer and the supporting documentation requested therein. You should keep a copy of this fully-executed letter for your records. *If this firm does not receive from you the original of this letter, in fully-executed form, but receives from you a completed copy of the enclosed tax organizer and/or supporting documentation requested therein, then such receipt by this office shall be deemed to evidence your acceptance of all of the terms set forth above.* If, however, this office receives from you no response to this letter, then this office will not proceed to provide you with any professional services, and will not prepare your 2007 income tax returns.

EXHIBIT 1
13

**Reznick Group**

Bryan P. & Susan J. Troxler
December 27, 2007
Page 6

We appreciate the opportunity to be of service to you.

Very truly yours,

*[signature]*

Principal
REZNICK GROUP

Accepted By: _[signature]_____  3.19.08
              (Taxpayer)                          (Date)

_[signature]_____  3/19/08
(Spouse, if applicable)                  (Date)

☐ Our initials to the left indicate that we would like to have the above returns electronically filed, if available, after we provide final approval of the completed returns.

☐ Our initials to the left indicate that we would like to have both the draft and final versions of the tax returns posted to a Reznick Group internet site.

☑ Our initials to the left indicate that we would like you to provide us with tax planning services. Please contact me to discuss the services and fees.

Comments or additional requests:
_____
_____
_____

EXHIBIT 1
14

Name & Address:
Chris W. Halling, Esq. SBN 90245
William G. Lieb, Esq. SBN 114215
Halling Sokol + Meza LLP
23586 Calabasas Road, Suite 200
Calabasas, California 91302    Tel. (818) 222-4994

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN P. TROXLER; and SUSAN J. TROXLER<br><br>PLAINTIFF(S)<br>v.<br><br>COHNREZNICK LLP; REZNICK GROUP, P.C.;<br>WENDY R. LANGLAIS-TILLERY<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-00948 SS**<br><br><br>SUMMONS |

TO:    DEFENDANT(S):

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Chris W. Halling, Halling Sokol + Meza_, whose address is _23586 Calabasas Road, Suite 200, Calabasas, California 91302_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FEB - 8 2013

   Clerk, U.S. District Court

   Dated: _____    By: _____
                                         Deputy Clerk

                                         (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                              SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

BRYAN P. TROXLER; and SUSAN J. TROXLER

**DEFENDANTS**

COHNREZNICK LLP; REZNICK GROUP, P.C.; WENDY R. LANGLAIS-TILLERY

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Halling Sokol + Meza LLP
23586 Calabasas Road, Suite 200
Calabasas, California 91302

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No      ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 1332. This is an action for damages for breach of contract/professional duty of due care in the handling of a challenge and audit by the Internal Revenue Service.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE / PENALTY | |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Accommodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV13-00948

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                CIVIL COVER SHEET                                Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Maryland |
| | New Jersey |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 2-6-2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |