# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN P. TROXLER, and SUSAN J. TROXLER,<br><br>    Plaintiffs,<br><br> v.<br><br>COHNREZNICK, LLP; REZNICK GROUP, P.C.; WENDY R. LANGLAIS-TILLERY,<br><br>    Defendants. | **Case No.: CV 13-00948 SS**<br><br>Assigned for All Purposes to:<br>The Honorable Suzanne H. Segal,<br>United States Magistrate Judge<br><br>**ORDER OF DISMISSAL**<br><br>**Trial Date: March 27, 2017**<br><br>[Filed Concurrently with Stipulation of Dismissal] |

  WHEREAS, the Court acknowledges that the parties to this action, in their Stipulation filed concurrently herewith, have (a) executed a confidential written settlement of this action, and (b) agreed to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

  AND WHEREAS, good cause exists therefor;

  IT IS HEREBY ORDERED that

  1. This action be dismissed with prejudice; and

1

[PROPOSED] ORDER OF DISMISSAL

389784.1

2. Each party is to bear their own costs and attorneys' fees.

DATED: May 30, 2017.

_____/S/_____
**THE HONORABLE SUZANNE H. SEGAL**
Magistrate Judge
United States District Court,
Central District of California